STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-99-037
PAF -40R- 5/31/2001

CHERYL HOUDE

    Plaintiff

v.

ALEXANDER MILLETT

    Defendant

**ORDER**

Upon motion of Defendant Alexander Millett for summary judgment, it is hereby

***ORDERED*** that judgment enter in favor of Defendant Alexander Millett on Plaintiff's

Complaint on the grounds that there is no evidence that Defendant breached any duty
*see Nichols v Marsden*, 483 A2d 341,3 (*Me. 1984*) and *Rodrigue v.*
owed to Plaintiff, as more fully set forth in the Defendant's Memorandum of Law. *Rodrigue*
644 A2d 92
(*Me. 199*

    **WHEREFORE**, it is hereby ***ORDERED*** that the Clerk shall enter judgment in

favor of Defendant Alexander Millett on all Counts.

DATED: ___5/31/01___     _____
                                  Justice, Superior Court

Daniel G. Lilley, Esq. - PL
Jonathan Brogan, Esq. - DEF